200 So. 640

### George BROWN v. STATE.

6 Div. 738.

Supreme Court of Alabama.

Feb. 27, 1941.

DeGraffenried & McDuffie, of Tuscaloosa, for petitioner.

Thos. S. Lawson, Atty. Gen., and Jas. F. Matthews, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of George Brown for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case styled Brown v. State, 200 So. 637.

Writ denied.

GARDNER, C. J., and BOULDIN and FOSTER, JJ., concur.

200 So. 795

### Stanton PAUL v. STATE.

4 Div. 199.

Supreme Court of Alabama.

March 6, 1941.

Mulkey & Mulkey, of Geneva, for petitioner.

Thos. S. Lawson, Atty. Gen., and L. L. Mooneyham, Asst. Atty. Gen., opposed.

GARDNER, Chief Justice.

Petition of Stanton Paul for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Paul v. State, 200 So. 794.

Writ denied.

THOMAS, BOULDIN, and FOSTER, JJ., concur.